**Fill in this information to identify the case:**

Debtor 1 Tonja Clark

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 21-11881-pmm

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank, National Association, as Trustee for Mortgage Pass-Through Certificates, Series 1998-R3

**Court claim no**. (if known): 12

**Last four digits** of any number you use to identify the debtor's account: 8450

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: 10/31/2024

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | 02/23/2026 | (8) | $ 743.29 |
| 9. Insurance advances (non-escrow) | 06/03/2026 | (9) | $ 2,246.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 12. Other. Specify: | | (11) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor1 Tonja Clark
First Name Middle Name Last Name

Case number *(if known)* 21-11881-pmm

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/Andrew Spivack
Signature

Date 07/24/2026

**Print:** **Andrew Spivack (84439)**
First Name Middle Name Last Name

Title Attorney

Company Brock & Scott, PLLC

Address 3825 Forrestgate Dr.
Number Street

Winston-Salem, NC 27103
City State ZIP Code

Contact phone 844-856-6646

Email PABKR@brockandscott.com

**L.B.F. 9014-4**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Tonja Clark | Case No. 21-11881-pmm<br>Chapter 13 |
| U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank, National Association, as Trustee for Mortgage Pass-Through Certificates, Series 1998-R3,<br>Movant<br><br>vs.<br><br>Tonja Clark ,<br>Debtor | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on July 24, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Postpetition Mortgage Fees, Expenses, and Charges

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: July 24, 2026

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

BRAD J. SADEK, Debtor's Attorney
Sadek Law Offices, LLC
1500 JFK Boulevard Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com
Debtor's Attorney
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

KENNETH E. WEST,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

United States Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107
US Trustee
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Tonja Clark
1937 Dudley Street
Philadelphia, PA 19145
Debtor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

## Policy Info

**Loan No:** [redacted]

**Policy No:** [redacted]

**Mortgagor:** TONJA CLARK

**Co-Mortgagor:**

**Property Address:** 1937 DUDLEY ST ,PHILADELPHIA,PA,191452814

**Mailing Address:**

**Item Type:** Policy (Renewal/Maint)

**Data Source:** EDI Portal

**Batch ID:** [redacted]

**Document ID:** 416

**Received:** 5/12/2026 12:00:00 AM

**Scanned:** 5/11/2026 9:01:43 PM

**Completed:** 5/14/2026 4:29:09 PM

**Original Receive Date:** 5/12/2026 12:00:00 AM

**Suspended Days:** 0

**Windstorm Deductible:** 0

## Additional EDI Info

**Premium Amount Due:** 2246

**Coverage Amount:** 242300

**Replacement Cost Covg.:** 0

**Other Struct Coverage Amount:** 0

**Coverage Type:** H

**Doc Annual Premium Amount:** 2246

**Expiration Date:** 6/29/2027 12:00:00 AM

**Effective Date:** 6/29/2026 12:00:00 AM

**Premium Due Date:** 7/28/2026 12:00:00 AM

**New Policy No:**

**Previous Policy No:**

**Billed Party:**

**Agent Code:**

**Mortgage Position:** 0

**Agent Name:**

**NAIC Code:** 25143

**Agent Name:**

**Policy Term:** 0

**Agent City:**

**Insurance Company Code:**

**Agent State:**

**Insurance Company Name:**

**Agent ZipCode:**

**Insurance Company Address:**

**Agent Phone No:**

**Insurance Company City:**

**Notice Effective Date:** 1/1/1900 12:00:00 AM

**Insurance Company State:**

**Last Action Date:** 5/18/2026 12:00:00 AM

**Insurance Company ZipCode:**

**Policy Grand Father Flag:**

**Cancellation Reason:** 0

**Dwelling Replacement Cost Coverage:** Y

**Notice Issue Date:** 5/8/2026 12:00:00 AM

**WindStrom Loss Exclusion:** N

**Last Action:** Paid

**Flood Firm Zone:**

**Addtn Coverage Flag:** N

**EDI Trans Type:** 811

| | | | |
|---|---|---|---|
| **Status:** | Archived Status | **Mortgagee Clause Name:** | ONITY MORTGAGE CORPORATION |
| **Deductible:** | 0 | **Mortgage Address:** | |
| **Policy Flood Zone:** | | **Mortgage City/State/Zip:** | |
| **EDI Adjustment Code:** | | **Option B Flood Deductible:** | 0 |
| **EDI Trading Partner ID:** | 370533100 | **Option C Flood Coverage:** | 0 |
| **Option B Flood Coverage:** | 0 | **Option C Flood Premium:** | 0 |
| **Option B Flood Premium:** | 0 | **Base Flood Elevation:** | |
| **Option C Flood Deductible:** | 0 | **Estimated Replacement Cost:** | 0 |
| **Flood Map Panel:** | | **Policy Form/Type:** | |
| **Number of Floors:** | 0 | **Rated Flood Zone:** | |
| **Number Of Units in Building:** | 0 | **Additional Coverages Information:** | |
| | | **Flood Community Name:** | |
| | | **Comments:** | |

**Contract Number:** [redacted]

**Loan Number:** [redacted]

**Borrower:** CLARK NORMAN

**Property Address:** 1937 DUDLEY ST PHILADELPHIA, PA 19145

**Mailing Address:** 1937 DUDLEY ST PHILADELPHIA, PA 19145

**Tax Id:** [redacted]

**Agency Name:** PHILADELPHIA CITY

**Agency Type:** CITY

**Agency Number:** [redacted]

| Tax year Inst | Amount | Paid Amount | TAR | Reported Date | Paid Date | ELD | Bill ID | Bill Seq | DLQ | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| **2026** 1(A) | $743.29 | $743.29 | 08839 | 02/17/2026 | 03/12/2026 | 03/31/2026 | | 01 | | Paid |
| **2025** 1(A) | $550.11 | $550.11 | 06653 | 02/25/2025 | 03/20/2025 | 03/31/2025 | | 01 | | Paid |
| **2024** 1(A) | $743.29 | | 04690 | 02/09/2024 | | 03/31/2024 | | 01 | | Refund |
| **2023** 1(A) | $743.29 | $743.29 | 03102 | 02/21/2023 | 03/13/2023 | 03/31/2023 | | 01 | | Paid |
| **2022** 1(A) | $1,679.76 | $1,679.76 | 01508 | 02/17/2022 | 03/09/2022 | 03/31/2022 | | 01 | | Paid |
| **2021** 1(A) | $743.29 | $743.29 | 09963 | 02/22/2021 | 03/09/2021 | 03/31/2021 | | 01 | | Paid |
| **2020** 1(A) | $735.85 | $735.85 | 08407 | 01/27/2020 | 02/11/2020 | 02/28/2020 | | 01 | | Paid |
| **2019** 1(A) | $735.85 | $735.85 | 07062 | 01/31/2019 | 02/13/2019 | 02/28/2019 | | 01 | | Paid |
| **2018** 1(A) | $735.85 | $735.85 | 05508 | 01/31/2018 | 02/14/2018 | 02/28/2018 | | 01 | | Paid |
| **2017** 1(A) | $735.85 | $735.85 | 03764 | 01/24/2017 | 02/17/2017 | 02/28/2017 | | 01 | | Paid |

| Tax year Inst | Amount | Paid Amount | TAR | Reported Date | Paid Date | ELD | Bill ID | Bill Seq | DLQ | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| **2016** 1(A) | $735.85 | $735.85 | 02152 | 01/19/2016 | 02/22/2016 | 02/28/2016 | | 01 | | Paid |
| **2015** 1(A) | $416.55 | $416.55 | 00521 | 02/06/2015 | 02/25/2015 | 03/02/2015 | | 01 | | Paid |
| **2014** 1(A) | $992.29 | $992.29 | 08737 | 01/22/2014 | 02/27/2014 | 02/28/2014 | | 01 | | Paid |
| **2013** 1(A) | $547.89 | $547.89 | 05979 | 01/24/2013 | 02/26/2013 | 02/28/2013 | | 01 | | Paid |
| **2012** 1(A) | $528.88 | $528.88 | 02924 | 01/18/2012 | 02/27/2012 | 02/29/2012 | | 01 | | Paid |
| **2011** 1(A) | $509.25 | $509.25 | 01038 | 01/31/2011 | 02/23/2011 | 02/28/2011 | | 01 | | Paid |
| **2010** 1(A) | $463.38 | $463.38 | 09733 | 01/27/2010 | 02/19/2010 | 02/28/2010 | | 01 | | Paid |
| **2009** 1(A) | $463.38 | $463.38 | 08446 | 01/29/2009 | 02/18/2009 | 02/28/2009 | | 01 | | Paid |
| **2008** 1(A) | $463.38 | $463.38 | 07220 | 01/28/2008 | 02/25/2008 | 02/29/2008 | | 01 | | Paid |
| **2007** 1(A) | $431.98 | $431.98 | 06060 | 01/29/2007 | 02/15/2007 | 02/28/2007 | | 01 | | Paid |

**Contract Number** [redacted]

**Loan Number** [redacted]

**Borrower:** CLARK NORMAN

**Property Address:** 1937 DUDLEY ST PHILADELPHIA, PA 19145

**Mailing Address:** 1937 DUDLEY ST PHILADELPHIA, PA 19145

**Tax Id:** [redacted]

**Agency Name:** PHILADELPHIA CITY

**Agency Type:** CITY

**Agency Number:** [redacted]

| Tax year Inst | Amount | Paid Amount | TAR | Reported Date | Paid Date | ELD | Bill ID | Bill Seq | DLQ | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| **2006** 1(A) | $431.97 | $431.97 | 04872 | 01/23/2006 | 02/09/2006 | 02/28/2006 | | 01 | | Paid |
| **2005** 1(A) | $431.97 | $431.97 | 03898 | 01/26/2005 | 02/18/2005 | 02/28/2005 | | 01 | | Paid |

[redacted]